JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ESCOBAR, | No. EDCV 12-856 MMM (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| TIM BUSBY, Warden, | |
| Respondent.. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 28, 2013

*Margaret M. Morrow*
MARGARET M. MORROW
United States District Judge